## CITATION

**PAUPER**



| | | |
|---|---|---|
| **WILSON, AMY** | | **Case: 00079258** |
| | | **Division: B** |
| **Versus** | | **13th Judicial District Court** |
| | | **Parish of Evangeline** |
| **DOLGENCORP LLC - ET AL** | | **State of Louisiana** |

TO THE DEFENDANT:  DG LOUISIANA LLC
& DOLGENCORP, LLC
THRU REGISTERED AGENT
CORPORATION SERVICE CO
501 LOUISIANA AVE
BATON ROUGE, LA  70802

You are hereby cited to appear before the District Court, in and for the Parish of Evangeline and comply with the demand contained in the Petition of AMY WILSON against you, a copy of which is hereto annexed: or file your answer thereto in the Office of the Clerk of Court, in the Town of Ville Platte, within fifteen (15) days after service thereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Issued and delivered APRIL 5, 2021

*Chasity Vizinat*
_____
Deputy Clerk of Court

Requested by Attorney:
JASMYN M. SOLDATOS
PETITION FOR DAMAGES & REQUEST FOR NOTICE

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of
_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service      $_____

Mileage     $_____          By: _____
                                    Deputy Sheriff

Total        $_____

**RECEIVED DATE**

APR 1 3 2021

E.B.R. Sheriff Office

[SERVICE COPY]                **EXHIBIT A**

CLERK OF COURT

2021 AUG -5  AM 11: 16

**13TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EVANGELINE**

**STATE OF LOUISIANA**

NO. 79258-B                                    DIVISION:

**AMY WILSON**

versus

**DOLGENCORP, LLC AND DG LOUISIANA, LLC D/B/A DOLLAR GENERAL**

FILED: _____

_____
**DEPUTY CLERK**

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **AMY WILSON**, a person of the full age of majority domiciled in the Parish of Evangeline, State of Louisiana, who respectfully represents the following:

I.

Made defendants herein are:

A. **DOLGENCORP, LLC,** a foreign limited liability company authorized to do and doing business in the State of Louisiana; and

B. **DG LOUISIANA, LLC,** a foreign limited liability company authorized to do and doing business in the State of Louisiana.

Collectively referred to herein as "**Dollar General**"

II.

Venue is proper in this court under La. C.C.P. art. 74.

III.

Said defendants are indebted *in solido* unto Petitioner for the following reasons to-wit:

IV.

On or about June 23, 2020, Petitioner, **AMY WILSON**, was a patron of the Dollar General store located at 1071 S. Chataignier Street, Ville Platte, Louisiana 70586.

V.

At all times material herein, defendant, **Dollar General,** owned, operated, maintained and/or had care, custody and control over the store located at 1071 S. Chataignier Street, Ville Platte, Louisiana 70586.

VI.

On the aforementioned date, Petitioner selected a product from a shelf in the personal hygiene aisle. As she turned around to walk away, she slipped in an unknown liquid on the floor of the store, causing her to fall to the floor and injuring herself.

VII.

This unknown liquid constituted a hazard which defendant, **Dollar General,** owed a duty to its patrons to protect against. It is averred that **Dollar General** knew, or in the exercise of reasonable care, should have known about the hazard and failed to remedy it.

VIII.

In addition, the above-described accident and ensuing injuries to Petitioner were caused by no fault of her own, but solely and entirely by the negligence and/or fault of defendant, **Dollar General,** its employees, agents, and/or contractors, in the following but not necessarily exclusive, acts and/or omissions of negligence:

a) Failure to properly maintain premises;

b) Failure to warn guests of known dangerous/hazardous conditions, vices and/or defects;

c) Failure to adequately inspect property and/or premises for hazardous conditions;

d) Placing guests in a perilous situation by lack of inspection, repair and/or maintenance of the premises;

e) Failure to correct a known hazardous condition, vice and/or defect;

f) Failure to protect guests from a known dangerous situation; and

g) Any and all other acts of negligence which will be learned through discovery.

IX.

As a result of the accident, Petitioner, **AMY WILSON,** sustained various injuries, including but not limited to pains in her knee and back. The injuries described herein required **AMY WILSON** to seek medical treatment and incur medical costs.

X.

As a result of the accident, Petitioner, **AMY WILSON**, has sustained or will sustain the following non-exclusive damages:

a)  Past, present, and future physical pain and suffering;

b)  Past, present, and future mental and emotional anguish and suffering;

c)  Past, present, and future medical expenses;

d)  Past, present, and future loss of enjoyment of life;

e)  Past and future lost wages and/or loss of earning capacity; and

f)  Any and all other claims of damages that are reasonable in the premises.

XI

As a result of this incident, Petitioner is entitled to recover damages that are reasonable under the circumstances.

XII.

Petitioner avers amicable demand to no avail.

**WHEREFORE,** Petitioner, **AMY WILSON**, prays Defendants, **DOLGENCORP, LLC AND DG LOUISIANA, LLC,** be duly cited and served with a copy of this Petition for Damages, and after all legal delays and due proceedings are had herein, there be judgment in favor of Petitioner, **AMY WILSON**, for all general and equitable relief for an amount as is reasonable in the premises and against Defendants together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings.

**[SIGNATURE BLOCK & SERVICE INSTRUCTIONS ON NEXT PAGE]**

Respectfully submitted,

**MIKE BRANDNER INJURY ATTORNEYS**

MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
KEITH M. ACCARDO, JR. (La. Bar 39100)
JASMYN M. SOLDATOS (La. Bar 39508)
3621 Veterans Memorial Blvd.
Metairie, LA 70002
Telephone: (504) 345-1111
Facsimile: (504) 521-7550
Email: mbrandner@mikebrandner.com
Email: skoloski@mikebrandner.com
Email: kaccardo@mikebrandner.com
Email: jsoldatos@mikebrandner.com
*Attorneys for the Plaintiff*

**PLEASE SERVE:**

**DG LOUISIANA, LLC and**
**DOLGENCORP LLC**
*Through their registered agent of service*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA, 70802

A True Copy
Ville Platte, La 4-5-21
Deputy Clerk of Court

FILED
CLERK OF COURT

2021 APR -5 AM 11: 16

**13TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EVANGELINE**

**STATE OF LOUISIANA**

NO. DIVISION:

**AMY WILSON**

**versus**

**DOLGENCORP, LLC AND DG LOUISIANA, LLC D/B/A DOLLAR GENERAL**

FILED: _____

_____
**DEPUTY CLERK**

**REQUEST FOR NOTICE**

**NOW INTO COURT,** through undersigned counsel, comes your Petitioner herein, **AMY WILSON**, pursuant to La. C.C.P. Articles 1572, 1913, and 1914, who asks this Court for written notice ten (10) days in advance of the date fixed for the hearing of any exception, motion, rule, or trial on the merits, in the captioned proceeding. Furthermore, Petitioner requests immediate notice of all interlocutory and final orders on any judgments, exceptions, motions, rules, and/or of the trial on the merits in the captioned.

Respectfully submitted,

**MIKE BRANDNER INJURY ATTORNEYS**

MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
KEITH M. ACCARDO, JR. (La. Bar 39100)
JASMYN M. SOLDATOS (La. Bar 39508)
3621 Veterans Memorial Blvd.
Metairie, LA 70002
Telephone: (504) 345-1111
Facsimile: (504) 521-7550
Email: mbrandner@mikebrandner.com
Email: skoloski@mikebrandner.com
Email: kaccardo@mikebrandner.com
Email: jsoldatos@mikebrandner.com
*Attorneys for the Plaintiff*

A True Copy
Ville Platte La 4-5-21
Deputy Clerk of Court